UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-310-DF

Name of party requesting extension: QVC, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
  ☐ No

If no, please indicate which application this represents:   ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 10/19/2009

Number of days requested:   ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 12/09/2009   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Eric H. Findlay

State Bar No.: 00789886

Firm Name: Findlay Craft, LLP

Address: 6760 Old Jacksonville Hwy
  Suite 101
  Tyler, TX  75703

Phone: (903) 534-1100

Fax: (903) 534-1137

Email: efindlay@findlaycraft.com

A certificate of conference does not need to be filed with this unopposed application.