**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-310 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., et al | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT AMR CORPORATION**

Plaintiff Leon Stambler ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby respectfully moves for an order dismissing all claims asserted in this action by Plaintiff against Defendant AMR Corporation, WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  Plaintiff has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any Defendant named in this action or any other asserted infringer of U.S. Patent No. 5,793,302 or U.S. Patent No. 5,974,148.  All other rights have been and are expressly reserved.

**Dated:   November 2, 2009.**                              Respectfully submitted,

/s/ Brent N. Bumgardner
Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
Texas State Bar No. 00797142

Christie B. Lindsey
Texas State Bar No. 24041918
Ryan P. Griffin
Texas State Bar No. 24053687
Decker A. Cammack
Texas State Bar No. 24036311
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
Fax (817) 377-3485
bbumgardner@nbclaw.net
enelson@nbclaw.net
clindsey@nbclaw.net
rgriffin@nbclaw.net
dcammack@nbclaw.net

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of November, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                      /s/ Brent N. Bumgardner