IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § § § § § § § § § § § § | Case No. 2:09-cv-310-DF<br><br>JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| AMAZON.COM, INC., et al., | | |
| Defendants. | | |

## QVC, INC. AND LIBERTY MEDIA CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendants QVC, Inc. and Liberty Media Corporation (collectively "Defendants") without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which these Defendants are required to move, answer, or otherwise respond to Plaintiff's Original Complaint for Patent Infringement to and including December 30, 2009.

II.

Counsel for Plaintiff, Leon Stambler, is not opposed to this request.

III.

Defendants seek this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, QVC, Inc. and Liberty Media Corporation respectfully request that the time to move, answer, or otherwise respond to Plaintiff's Original Complaint be extended to and including December 30, 2009.

Dated: December 1, 2009                    Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX  75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

**Counsel for Defendants QVC, Inc. and Liberty Media Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay