IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § § § | |
| Plaintiff, | § § | Case No. 2:09-cv-310-DF |
| v. | § § § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., et al., | § § § § | |
| Defendants. | § § | |

## ORDER

On this day came on to be considered QVC, Inc. and Liberty Media Corporation's Unopposed Motion to Extend Time to Move, Answer, or Otherwise Respond to Plaintiff's Original Complaint, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Extend Time be granted and that QVC, Inc. and Liberty Media Corporation be given to and including December 30, 2009 to move, answer, or otherwise respond to Plaintiff's Original Complaint.