UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?          Yes

                                                                                                                                 No

      If no, please indicate which application this represents:     Second

                                                                                                                                     Third

                                                                                                                                     Other _____

Date of Service of Summons:

Number of days requested:          30 days

                                           15 days

                                           Other \_\_\_\_\_ days

New Deadline Date:          *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

      Full Name:

      State Bar No.:

      Firm Name:

      Address:


      Phone:

      Fax:

      Email:

A certificate of conference does not need to be filed with this unopposed application.