UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

| | |
|---|---|
| Is this the first application for extension of time in this case? | Yes |
| | No |
| If no, please indicate which application this represents: | Second |
| | Third |
| | Other _____ |

Date of Service of Summons:

Number of days requested:     30 days
                              15 days
                              Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>     *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name:

State Bar No.:

Firm Name:

Address:


Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.