IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Judge David Folsom

| | | |
|---|---|---|
| STAMBLER | )( | |
| | )( | |
| V. | )( | CIVIL NO. 2:09-CV-310 |
| | )( | |
| AMAZON | )( | |

_____

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Edward R Nelson, III, T John Ward Jr |
| ATTORNEY FOR DEFENDANTS: | Phillip Aurentz, , BradleyCaldwell, Mark Calhoun, Jason Cook, Brian Craft, Elizabeth DeRieux, Shannon Dacus, Tonya Gray, Klaus Hamm, Bill Lavender, Adam Biggs, Douglas Ray McSwane Jr, Britnee Reamy, Sharon Roberg-Perez, John Zarian, Rick Faulkner |
| LAW CLERK: | David Keyzer |
| COURTROOM DEPUTY: | Rhonda Lafitte |
| COURT REPORTER: | Libby Crawford |

_____

STATUS CONFERENCE
February 25 @ 10:45 a.m.

OPEN: 10:45 AM Ct open
    Ct Asks for background
10:45   Plft - Ed Nelson gives background
10:47   Ct asks about motion to dismiss
    Britney Reamy for dfts agrees re  motion to dismiss
10:48   Ct advises it can be submitted on paper or set a hearing for April 14 @ 10:00 AM with each side getting 15 minutes
10:49 Ct  - Other pending motions?   Claim Construction?   December 16th , 2010
    Parties agree
    Ct - 90 minutes each side - Is tutorial needed?
10:50   Nelson - yes, we are preparing a submission
    Ct - Dfts?
    Tony Gray  - submission also
    Ct set for day before the claim construction hrg; 45 minutes per side

10:51   Ct Protective order?
       Gray - working on it.
       Ct - can the court have it within 30 days?
       Gray - Yes
       Ct - Protective order by March 31
       Ct is aware technical advisor is not required; Motion deadlines - normal; Discovery deadlines - normal
10:52   Ct - Anything else - submit scheduling order and court will approve
ADJOURN 10:52