# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-310 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., et al | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF
## DOCKET CONTROL ORDER

Pursuant to the Court's direction at the February 25, 2010 Initial Case Management Conference [see Minute Entry, Dkt. No. 274], Plaintiff and all Defendants hereby move the Court for entry of the attached Docket Control Order.

**Dated:   March 4, 2010.**                    Respectfully submitted,

/s/ Edward R. Nelson, III
Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
Texas State Bar No. 00797142
Christie B. Lindsey
Texas State Bar No. 24041918
Ryan P. Griffin
Texas State Bar No. 24053687
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
Fax (817) 377-3485
bbumgardner@nbclaw.net
enelson@nbclaw.net
clindsey@nbclaw.net
rgriffin@nbclaw.net

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

/s/ Klaus H. Hamm_____
James E. Geringer
Klaus H. Hamm
Richard D. McLeod
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
(503) 595-5300
(503) 595-5301 – fax
james.geringer@klarquist.com
klaus.hamm@klarquist.com
rick.mcleod@klarquist.com

G. William Lavender
LAVENDER LAW
210 N. State Line Ave., Suite 503

Texarkana, AR 71854
Telephone: 870-773-3187
Facsimile: 870-773-3181
blav@lavenderlaw.com

**ATTORNEYS FOR DEFENDANTS
AMAZON.COM, INC.;
AMAZON SERVICES LLP AND TARGET
CORPORATION**

/s/ Phillip Aurentz
Mike McKool Jr.
Bradley W. Caldwell
Phillip Aurentz
MCKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
(214) 978-4000
(214) 978-4044
mmckool@mckoolsmith.com
bcaldwell@mckoolsmith.com
paurentz@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

/s/ William H. Baker
William H. Baker
Deepro Mukerjee
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9487
(212) 210-9501 – direct for Mukerjee
(212) 922-3888 – fax
bill.baker@alston.com
deepro.mukerjee@alston.com

Jason W. Cook
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue
Suite 3601
Dallas, TX 75201-2708
Phone: 214-922-3407
Fax: 214-922-3899

3

jason.cook@alston.com

Kamran Jivani
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-777
kamran.jivani@alston.com

**ATTORNEYS FOR DEFENDANTS
BARNES & NOBLE, INC. AND
BARNESANDNOBLE.COM LLC**

/s/ Rickey L. Falkner_____
Rickey L. Faulkner (SBN 06857095)
LAW OFFICE OF RICKEY L. FAULKNER, P.C.
P.O. Box 3367
Longview, Texas 75606
(903) 212-3100
(903) 212-3102 – fax
rick@faulknerlawoffice.com

**ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC. AND
BESTBUY.COM, LLC**

/s/ Michael C. Barrett_____
Michael C. Barrett
State Bar No. 24006803
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com

**ATTORNEYS FOR DEFENDANT
DELL INC.**

/s/ Timothy K. Brown_____
Thomas M. Melsheimer
Neil J. McNabnay
Thomas H. Reger III
Timothy K. Brown
FISH & RICHARDSON P.C.

1717 Main Street
Suite 5000
Dallas, Texas 75201
(214) 747-5070
 (214) 747) 2091
txm@fr.com
njm@fr.com
tkb@fr.com

**ATTORNEYS FOR DEFENDANT
EXPEDIA, INC.; HOTELS.COM, LLP;
SABRE HOLDINGS CORPORATION;
TICKETMASTER ENTERTAINMENT;
TICKETMASTER L.L.C. AND
TRAVELOCITY.COM LP**

/s/ Tonya M. Gray_____
Gerald C. Conley
State Bar No. 04664200
Tonya M. Gray
State Bar No. 24012726
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 – fax
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com

**ATTORNEYS FOR DEFENDANTS J.C.
PENNEY COMPANY, INC.; J.C. PENNEY
CORPORATION, INC.; GAMESTOP
CORP., GAMESTOP, INC., and
GAMESTOP.COM, INC.; NEIMAN
MARCUS, INC.; THE NEIMAN MARCUS
GROUP, INC.; SEARS HOLDINGS
CORPORATION; SEARS BRANDS, LLC;
AND STAPLES, INC.**

/s/ David D. Bahler_____
David D. Bahler
State Bar No. 01513100
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598

5

dbahler@fulbright.com

**ATTORNEYS FOR DEFENDANTS
HOME DEPOT U.S.A., INC.**

/s/ Richard S. Mandaro
Anthony F. Lo Cicero
Richard S. Mandaro
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
(212) 336-8001
alocicero@arelaw.com
rmandaro@arelaw.com
macys-stambler@arelaw.com

Douglas R. McSwane, Jr.
State Bar No. 13861300
POTTER MINTON, P.C.
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 – fax
dougmcswane@potterminton.com

**ATTORNEYS FOR DEFENDANTS
MACY'S, INC. AND MACYS.COM, INC.**

/s/ John N. Zarian
S. Calvin Capshaw
Elizabeth L. DeRieux
D. Jeffrey Rambin
CAPSHAW DE RIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

John N. Zarian
Peter M. Midgley
Justin N. Stewart
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza

960 Broadway Ave., Suite 250
Boise, ID  83706
 (208) 562-4900
 (208) 562-4901 – fax

zarian@zarianmidgley.com
midgley@zarianmidgley.com
stewart@zarianmidgley.com
www.zarianmidgley.com

**ATTORNEYS FOR DEFENDANTS
NEWEGG INC. AND NEWEGG.COM,
INC.**

/s/ Allan A. Kassenoff
Scott J. Bornstein
Allan A. Kassenoff
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 – fax
bornsteins@gtlaw.com
kassenoffa@gtlaw.com

Gerald L. Fellows
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Ste. 700
Phoenix, Arizona 85016
(602) 445-8000
(602) 445-8100 – fax
fellowsj@gtlaw.com

Mark Calhoun
GREENBERG TRAURIG, LLP
2200 Ross Avenue
Dallas, Texas 75201
Tel: 214.665.3600
Fax: 214.665.3601
Email: calhounm@gtlaw.com

**ATTORNEYS FOR DEFENDANT
OFFICE DEPOT, INC.**

/s/ S. Calvin Capshaw
S. Calvin Capshaw

Elizabeth L. DeRieux
D. Jeffrey Rambin
CAPSHAW DE RIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT
OFFICEMAX NORTH AMERICA, INC.**

/s/ Joshua V. VanHoven
Norman H. Beamer (*pro hac vice*)
Joshua V. Van Hoven (*pro hac vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4030 – Beamer
(650) 617-4063 – Van Hoven
(650) 566-4149 –  Beamer fax
(650) 617-2284 – Van Hoven fax
norman.beamer@ropesgray.com
josh.vanhoven@ropesgray.com

Laurence S. Rogers (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Laurence.Rogers@ropesgray.com

Eric H. Findlay
Brian Craft
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, Texas 75703
(903) 534-1100
(903) 534-1137 – fax
efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT
QVC, INC.**

/s/ Tonya M. Gray
Gerald C. Conley
State Bar No. 04664200
Tonya M. Gray
State Bar No. 24012726
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 – fax
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com

**ATTORNEYS FOR DEFENDANTS
SEARS HOLDINGS CORPORATION
AND SEARS BRANDS, LLC**

/s/ David S. Nir
John F. Ward
Michael J. Zinna
David S. Nir
Robert G. Graham
WARD & OLIVO
380 Madison Avenue
New York, New York 10017
(212) 697-6262
(212) 972-5866 – fax
wardj@wardolivo.com
zinnam@wardolivo.com
nird@wardolivo.com
grahamr@wardolivio.com

Samuel F. Baxter
MCKOOL SMITH, P.C.
104 East Houston
Suite 300
Marshall, Texas 75670
(903) 923-9000
(903) 923-9099 – fax
sbaxter@mckoolsmith.com

**ATTORNEYS FOR DEFENDANTS
VICTORIA'S SECRET DIRECT BRAND**

**MANAGEMENT, LLC,**
**VICTORIA'S SECRET STORES BRAND**
**MANAGEMENT, INC. AND**
**LIMITED BRANDS, INC.**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of March, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>/s/ Edward R. Nelson, III</u>