# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-310 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

Plaintiff Leon Stambler ("Stambler") and Defendant Target Corporation ("Target") respectfully move the Court for an order dismissing all claims asserted in this action by Stambler against Target and all counterclaims in this action by Target against Stambler, WITHOUT PREJUDICE, with each party to bear his or its own costs, expenses and attorneys' fees.

**DATED:  June 10, 2010.**


/s/ Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
State Bar No. 00797142
Christie B. Lindsey
Texas State Bar No. 24041918
Ryan P. Griffin
Texas State Bar No. 24053687
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
(817) 377-9111
Fax (817) 377-3494
bbumgardner@nbclaw.net
enelson@nbclaw.net
clindsey@nbclaw.net
rgriffin@nbclaw.net

/s/   James E. Geringer
Robert T. Cruzen
James E. Geringer
Klaus H. Hamm
Richard D. McLeod
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
(503) 595-5300
(503) 595-5301 – fax
rob.cruzen@klarquist.com
james.geringer@klarquist.com
klaus.hamm@klarquist.com
rick.mcleod@klarquist.com

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

G. William Lavender
LAVENDER LAW
210 N. State Line Ave., Suite 503
Texarkana, AR 71854
Telephone: 870-773-3187
Facsimile: 870-773-3181
blav@lavenderlaw.com

**ATTORNEYS FOR DEFENDANT
TARGET CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 10th day of June, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                       <u>/s/ Brent N. Bumgardner</u>