# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-310 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Leon Stambler ("Stambler") and Defendants Amazon.com, Inc. and Amazon Services LLC (collectively "Amazon") announced to the Court that they have resolved Stambler's claims for relief against Amazon and Amazon's counterclaims for relief against Stambler asserted in this case. Stambler and Amazon have therefore requested that the Court dismiss Stambler's claims for relief against Amazon and Amazon's counterclaims for relief against Stambler with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Stambler's claims for relief against Amazon and Amazon's counterclaims for relief against Stambler are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 11th day of June, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE