IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-310 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Leon Stambler ("Stambler") and Defendant Target Corporation ("Target") together moved the Court to dismiss, WITHOUT PREJUDICE, Stambler's claims for relief against Target and Target's counterclaims for relief against Stambler asserted in this case, with all attorneys' fees, costs and expenses taxed against the party incurring same. Having considered this request, the Court is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Stambler's claims for relief against Target and Target's counterclaims for relief against Stambler asserted in this case are dismissed WITHOUT PREJUDICE. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 11th day of June, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE