# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-310 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., et al | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Leon Stambler ("Stambler") and Defendant Dell Inc. ("Dell") announced to the Court that they have resolved Stambler's claims for relief against Dell and Dell's counterclaims for relief against Stambler asserted in this case. Stambler and Dell have therefore requested that the Court dismiss with prejudice Stambler's claims for relief against Dell and Dell's counterclaims for relief against Stambler, with all attorneys' fees, costs, and expenses taxed against the party incurring same. Having considered this request, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Stambler's claims for relief against Dell and Dell's counterclaims for relief against Stambler are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**SIGNED this 15th day of June, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE