**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| Plaintiff, | § | Civil Action No. 2:09cv310 |
| | § | |
| vs. | § | |
| | § | |
| AMAZON.COM, INC., *et al.* | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**
**PURSUANT TO LOCAL PATENT RULE 4-3**

Pursuant to Local Patent Rule 4-3 and the Court's Docket Control Order (Dkt. # 278,

Plaintiff Leon Stambler ("Stambler") and Defendants American Airlines, Inc., Expedia, Inc.,

Hotels.com, LP, J.C. Penney Company, Inc., J.C. Penney Corporation, Inc., Limited Brands,

Inc., Macy's, Inc., Macys.com, Inc., Neiman Marcus Group, Inc., Neiman Marcus, Inc., Newegg

Inc., Newegg.com, Inc., OfficeMax Incorporated, QVC, Inc., Sabre Holdings Corporation, Sears

Brands, LLC, Sears Holding Corporation, Staples, Inc., Ticketmaster Entertainment, Inc.,

Ticketmaster L.L.C., Travelocity.com LP, Victoria's Secret Direct Brand Management, LLC,

and Victoria's Secret Stores Brand Management, Inc. (collectively "Defendants") submit this

joint claim construction and prehearing statement.

**I.      AGREED TERMS**

Pursuant to P. R. 4-3(a), the parties agree on the construction of the following claim

terms, phrases, or clauses, of the patents-in-suit, U.S. Patent No. 5,793,302 ("'302 patent") and

U.S. Patent No. 4,974,148 ("'148 patent"):

| **Patent / Claim(s)** | **Term** | **Agreed Construction** |
|---|---|---|
| '302 patent, claims 41, 44, 47, | associated with | identified with or having a |

| Patent / Claim(s) | Term | Agreed Construction |
| --- | --- | --- |
| 51<br><br>'148 patent, claim 28 | | connection to |
| '302 patent, claims 41, 51 | if the at least a portion of the received funds transfer information and the VAN are determined to be authentic | if the at least a portion of the received funds transfer information is unchanged and the VAN is not fraudulent |
| '302 patent, claims 43, 44, 53<br><br>'148 patent, claims 28, 35 | payment | compensation in exchange for goods or services or the discharge of a debt |
| '148 patent, claim 35 | error detection code | the result of applying an algorithm to information in such a manner as to permit detection of changes but without complete recovery of the original information |
| '148 patent, claim 35 | creating an error detection code by coding | creating an error detection code (EDC1) by applying an algorithm to information in such a manner as to permit detection of changes but without complete recovery of the original information |
| '302 patent, claim 41 | a third party for determining | a party, other than the first or second parties, that performs the determining step of the claim |
| '148 patent, claim 34 | the adequacy of the funds in the first party's account being verified after the instrument is issued | the instrument being issued before verifying whether an account of the first party has adequate funds or credit to cover or pay the instrument |
| '302 patent, claim 47, 51 | credential information | information stored or contained in a credential |

If the parties are able to reach further agreement concerning the constructions of any of the remaining claim terms, phrases, or clauses at issue, they will supplement this Statement.

## II.    PROPOSED CONSTRUCTIONS; INTRINSIC AND EXTRINSIC EVIDENCE

Pursuant to P.R. 4-3(b), the parties' proposed constructions of disputed claim terms, phrases, or clauses are reflected in the table attached as Exhibit A, together with references from the specification or prosecution history that support the construction and an identification of any extrinsic evidence.[1]  Tables indicating where the disputed claim terms, phrases or clauses appear in the asserted claims of the '302 patent and the '148 patent with reference numbers corresponding to those in Exhibit A are attached as Exhibit B and Exhibit C, respectively.  The parties expressly reserve the right to rely on any intrinsic and extrinsic evidence identified by the other party, and any evidence obtained, or that may be obtained, through claim construction discovery.  Each party expressly reserves the right (subject to the other parties' objections, if any) to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by the other party, in response to information received through claim construction discovery, including inventor depositions and expert depositions concerning claim construction declarations, or for other good cause.

## III.    HEARING LENGTH

Pursuant to P. R. 4-3(c), Plaintiff believes three (3) hours and Defendants believe four (4) hours would be appropriate for the Claim Construction Hearing.  The time permitted by the Court should be divided equally between the two sides.

## IV.    WITNESSES

The parties do not believe that any testimony is required at the claim construction hearing.

---

[1] Defendants note that they allege that the asserted claims are invalid including for failing to comply with 35 U.S.C. §§ 101, 112.  Defendants' proposed constructions for terms, phrases, or clauses with respect to claims and limitations that fail to satisfy 35 U.S.C. § 112 should in no way be read to imply that the claims satisfy 35 U.S.C. §§ 101, 112.

## V.    OTHER ISSUES

According to the Docket Control Order, any prehearing conference necessary prior to the claim construction hearing will be held on December 15, 2010.  The parties do not believe a prehearing conference is necessary.  The parties may submit tutorials to the Court on disk, and if so will submit their respective tutorials on or by December 6, 2010.

Dated:  September 22, 2010           Respectfully submitted,

/s/ *Brent N. Bumgardner w/ permission*

Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
Texas State Bar No. 00797142
Christie B. Lindsey
Texas State Bar No. 24041918
Ryan P. Griffin
Texas State Bar No. 24053687
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
Fax (817) 377-3485
bbumgardner@nbclaw.net
enelson@nbclaw.net
clindsey@nbclaw.net
rgriffin@nbclaw.net

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO LOCAL PATENT RULE 4-3--Page 5**

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**


*/s/ Tonya M. Gray*
Gerald C. Conley
State Bar No. 04664200
Tonya M. Gray
State Bar No. 24012726
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 – fax
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com

**ATTORNEYS FOR DEFENDANTS J.C.
PENNEY COMPANY, INC.; J.C. PENNEY
CORPORATION, INC.; NEIMAN MARCUS,
INC.; THE NEIMAN MARCUS GROUP, INC.;
SEARS HOLDINGS CORPORATION; SEARS
BRANDS, LLC; AND STAPLES, INC.**

*/s/ Phillip Aurentz w/ permission*
Mike McKool Jr.
Bradley W. Caldwell
Phillip Aurentz
MCKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
(214) 978-4000
(214) 978-4044
mmckool@mckoolsmith.com
bcaldwell@mckoolsmith.com
paurentz@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

*/s/ Timothy K. Brown w/ permission*
Thomas M. Melsheimer
Neil J. McNabnay
Thomas H. Reger III
Timothy K. Brown
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, Texas 75201
(214) 747-5070
(214) 747) 2091
txm@fr.com
njm@fr.com
tkb@fr.com

**ATTORNEYS FOR DEFENDANTS
EXPEDIA, INC.; HOTELS.COM, LLP; SABRE
HOLDINGS CORPORATION;
TICKETMASTER ENTERTAINMENT;
TICKETMASTER L.L.C. AND
TRAVELOCITY.COM LP**

*/s/ Richard S. Mandaro w/ permission*
Anthony F. Lo Cicero
Richard S. Mandaro
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
(212) 336-8001
alocicero@arelaw.com
rmandaro@arelaw.com
macys-stambler@arelaw.com

Douglas R. McSwane, Jr.
State Bar No. 13861300
POTTER MINTON, P.C.
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 – fax
dougmcswane@potterminton.com

**ATTORNEYS FOR DEFENDANTS
MACY'S, INC. AND MACYS.COM, INC.**

*/s/ Justin N. Stewart w/ permission*
John N. Zarian (admitted pro hac vice)
Justin N. Stewart
State Bar No. 24067889
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: stewart@zarianmidgley.com
zariam@zarianmidgley.com

Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANTS**
**NEWEGG INC. and NEWEGG.COM INC.**

*/s/ S. Calvin Capshaw w/ permission*
S. Calvin Capshaw
Elizabeth L. DeRieux
D. Jeffrey Rambin
CAPSHAW DE RIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT**
**OFFICEMAX NORTH AMERICA, INC.**

*/s/ Laurence S. Rogers w/ permission*
Laurence S. Rogers (pro hac vice)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Laurence.Rogers@ropesgray.com

Norman H. Beamer (pro hac vice)
Joshua V. Van Hoven (pro hac vice)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4030 – Beamer
(650) 617-4063 – Van Hoven
(650) 566-4149 –  Beamer fax
(650) 617-2284 – Van Hoven fax
norman.beamer@ropesgray.com
josh.vanhoven@ropesgray.com

Eric H. Findlay
Brian Craft
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, Texas 75703
(903) 534-1100
(903) 534-1137 – fax
efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT
QVC, INC.**

*/s/ John F. Ward w/ permission*
John F. Ward
Michael J. Zinna
David S. Nir
Robert G. Graham
WARD & OLIVO
380 Madison Avenue
New York, New York 10017
(212) 697-6262
(212) 972-5866 – fax
wardj@wardolivo.com
zinnam@wardolivo.com
nird@wardolivo.com
grahamr@wardolivo.com

Samuel F. Baxter
MCKOOL SMITH, P.C.
104 East Houston
Suite 300
Marshall, Texas 75670
(903) 923-9000
(903) 923-9099 – fax
sbaxter@mckoolsmith.com

**ATTORNEYS FOR DEFENDANTS
VICTORIA'S SECRET DIRECT BRAND
MANAGEMENT, LLC,
VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC. AND
LIMITED BRANDS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail per agreement of the parties on this 22nd day of September, 2010.

*/s/ Tonya M. Gray*
Tonya M. Gray