# EXHIBIT B

# Exhibit B

## Asserted Claims of U.S. Patent No. 5,793,302 with Disputed Terms/Phrases Referenced

| Term Ref. Nos. | Asserted Claims of the '302 Patent |
|---|---|
| 1, 2, 3, 5, 12, 27 | 7. A method for coding first information, the method comprising:<br><br>**coding** the first information using second information and then **coding the result using third information,** at least one of the second and third information being **associated with** at least one entity, the entity comprising a person or a computer program, wherein a **credential** having non-secret information stored therein is **previously issued** to at least one entity by a **trusted entity**, the non-secret information including the second or third information. |
| 2, 6, 7, 8, 9, 28, 29, 30, 31, 32, 36 | 41. A method for authenticating the transfer of funds from a first account **associated with** a first **party** to a second account **associated with** a second **party**, the first account information being stored in a **first storage means**, and the second account information being stored in a **second storage means**, the method comprising:<br><br>receiving funds transfer information from the first **party**, including at least **information for identifying the first account of the first party**, and **information for identifying the second account of the second party**, and a transfer amount;<br><br>generating a **variable authentication number (VAN)** using at least a portion of the received funds transfer information;<br><br>**a third party for determining** whether the at least a portion of the received funds transfer information is **authentic** by using the **VAN**; and<br><br>**transferring funds from the first account of the first party to the second account of the second party if the at least a portion of the received funds transfer information and the VAN are determined to be authentic.** |

| Term Ref. Nos. | Asserted Claims of the '302 Patent |
|---|---|
| 15, 31 | 43.[1] The method of claim 41 wherein the funds transfer comprises a **payment** made by the first **party** to the second **party**. |
| 2, 15, 31, 33, 34 | 44. The method of claim 43 wherein prior to **payment** being made to the second **party**, the first **party** is presented with the second **party's** invoice, and after the **payment** is made to second **party**, the **accounts receivable associated with** the second **party**, and the **accounts payable associated with** the first **party** are updated. |
| 8, 11 | 46. The method of claim 41 wherein the **VAN** is generated by using an **error detection code** derived by using at least a portion of the funds transfer information. |
| 2, 3, 4, 5, 6, 8, 12, 31 | 47. The method of claim 41 for further securing the transfer of funds, at least one **party** being **previously issued** a **credential** by a **trusted party**, the **credential information** including information **associated with** the at least one **party**, and a second **variable authentication number (VAN1)**, the **VAN1** being used to secure at least a portion of the **credential information** to the at least one **party**, authentication and the transfer of funds being denied to the at least one **party** if the at least a portion of the **credential information** cannot be secured to the at least one party by using the **VAN1**. |
| 2, 3, 4, 5, 6, 7, 8, 9, 12, 29, 30, 31, 35, 36 | 51.[2] **A method for authenticating the transfer of funds from an account associated with a first party to an account associated with a second party, a credential being previously issued to at least one of the parties by a trusted party, the information stored in the credential being non-secret, the method comprising:**<br><br>receiving funds transfer information, including at least **information for identifying the account of the first party**, and **information for identifying the account of the second party**, and a transfer amount;<br><br>generating a **variable authentication number (VAN) using at least a portion of the received funds** |

---

[1] Plaintiff asserts claim 44 which is dependent upon claim 43.  Claim 43 itself is not asserted.

[2] Plaintiff asserts claim 53 which is dependent upon claim 51.  Claim 51 itself is not asserted.

| Term Ref. Nos. | Asserted Claims of the '302 Patent |
|---|---|
|  | **transfer information;**<br><br>determining whether the at least a portion of the received funds transfer information is **authentic** by using the **VAN** and the **credential information**; and<br><br>transferring funds from the account of the first **party** to the account of the second **party if the at least a portion of the received funds transfer information and the VAN are determined to be authentic.** |
| 15, 31 | 53. The method of claim 51 wherein the funds transfer comprises a **payment** made by the first **party** to the second **party**. |