# EXHIBIT C

# Exhibit C

## Asserted Claims of U.S. Patent No. 5,974,148 with Disputed Terms/Phrases Referenced

| **Term Ref. Nos.** | **Asserted Claims of the '148 Patent** |
|---|---|
| 8, 20, 31, 37, 38 | 1.[1] A method of transferring funds from a first **party** to a second **party**, the method comprising: <br><br> creating a **variable authentication number (VAN)** on a computer using first information and a **secret key of the first party**, the first information including an amount and information for identifying the first **party** or the second **party**, **the VAN attesting to the authenticity of the first party and the first information**; <br><br> creating an instrument by the first **party** for transferring funds to the second **party**, the instrument including the first information and the **variable authentication number (VAN)** and **attaching the VAN to the instrument**. |
| 31, 39 | 4. The method of claim 1 wherein the secret key is obtained by the first **party** using a PIN, or using **descriptive details, of the first party**. |
| 2, 8, 13, 14, 15, 16, 17, 18, 40 | 28. A **payment** method, comprising: <br><br> a **payer** obtaining a document containing document information, the document information being **associated with** a debt incurred by the **payer** or for goods or for services to be paid for or purchased by the **payor**; <br><br> the **payer** creating a **variable authentication number (VAN)** on a computer using at least a portion of the document information, and a **secret key of the payor**, the document information including an amount, and information for identifying the payee, **the VAN being used for attesting to the authenticity of the payor** |

---

[1] Plaintiff asserts claim 4 which is dependent upon claim 1. Claim 1 itself is not asserted.

| **Term Ref. Nos.** | **Asserted Claims of the '148 Patent** |
|---|---|
|  | **and document information**; and

the **payor** creating a **payment instrument** using the document information and **appending the VAN to the payment instrument**, the **payment instrument** being used to pay for the incurred debt or for the purchase of goods or services. |
| 8, 19, 20, 21, 26, 31, 42 | 34. A funds transfer method comprising:

a first **party** creating an **instrument for transferring funds** to a second **party**, **the adequacy of the funds in the first party's account being verified after the instrument is issued**;

using a computer to create a **variable authentication number (VAN)**, the **VAN** being created using at least a **secret key of the first party**; and

**including the VAN with the instrument for subsequent use in attesting to the authenticity of the instrument.** |
| 1, 8, 11, 15, 19, 22, 23, 24, 25, 31, 43, 44 | 35. A funds transfer method comprising:

an originator **party** creating an **instrument for transferring funds** to a recipient **party**, the instrument information comprising (i) a **variable authentication number (VAN)**, and (ii) **one or more pieces of payment information including an amount, information for identifying the recipient party or the originator party, a date, and a check control or serial number;**

**creating an error detection code (EDC1)** by **coding** one or more pieces of the **payment** information; and

creating the **VAN** on a computer by **coding** the **EDC1 using a secret key of the originator, the originator's VAN being usable to determine the authenticity of the one or more pieces of payment information.** |