**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LEON STAMBLER** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 2:09-CV-310** |
| | § | |
| **AMAZON.COM, INC.,** *et al.*, | § | |
| **Defendants.** | § | |

## DEFENDANTS NEIMAN MARCUS, INC. AND THE NEIMAN MARCUS GROUP, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

COME NOW Defendants Neiman Marcus, Inc. and The Neiman Marcus Group, Inc. ("Neiman Marcus") and file this Unopposed Motion to Withdraw and Substitute Counsel as follows:

**I.**

By this motion, Neiman Marcus respectfully requests that Neil J. McNabnay and the law firm of Fish & Richardson and Gerald C. Conley and Tonya M. Gray and the law firm of Andrews Kurth LLP be allowed to withdraw as counsel of record for Neiman Marcus and that Wilhemina J. Tyler and the law firm of Bryan Cave LLP be substituted as counsel of record for Neiman Marcus.  No party opposes this substitution, as indicated in the certificate of conference below.  No prejudice will result to any party should this motion be granted, and this withdrawal and substitution will not result in any delay.

**II.**

WHEREFORE, PREMISES CONSIDERED, Defendants Neiman Marcus, Inc. and The Neiman Marcus Group, Inc. respectfully move that Neil J. McNabnay and the law firm of Fish &

Richardson and Gerald C. Conley and Tonya M. Gray and the law firm of Andrews Kurth LLP be allowed to withdraw as counsel of record for Defendants Neiman Marcus, Inc. and The Neiman Marcus Group, Inc.. and that Wilhemina J .Tyler and the law firm of Bryan Cave LLP be substituted as counsel of record for Defendants Neiman Marcus, Inc. and The Neiman Marcus Group, Inc.

Respectfully submitted,

*/s/ Wilhemina J. Tyler*
Wilhemina J. Tyler (admitted E.D. Tex.)
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, Missouri 63102
Tele. (314) 259-2000
Facs. (314) 259-2020

**Withdrawing Counsel:**                       **FISH & RICHARDSON P.C.**

By:      */s/ Neil J. McNabnay w/ permission*
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile

**ANDREWS KURTH LLP**

By: */s/ Tonya M. Gray w/ permission*
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
Gerald C. Conley
Texas Bar No. 04664200
geraldconley@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:  (214) 659-4400
Facsimile:  (214) 659-4401

**ATTORNEYS   FOR   DEFENDANTS
NEIMAN MARCUS, INC. AND THE
NEIMAN MARCUS GROUP, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendants Neiman Marcus, Inc. and The Neiman Marcus Group, Inc.. has conferred via telephone with counsel for all parties, and no party opposes the relief requested in this motion.

*/s/ Wilhemina J. Tyler*
Wilhemina J. Tyler

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 2d day of February, 2011.

*/s/ Wilhemina J. Tyler*
Wilhemina Tyler