**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:09-cv-310 |
| | § | |
| AMAZON.COM, INC.; *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |
| | § | |

**MOTION TO STAY CERTAIN DEADLINES WITH TICKETMASTER**

Plaintiff Leon Stambler ("Plaintiff") files this Motion to Stay Certain Deadlines with Ticketmaster as follows:

1. Plaintiff, on the one hand, and Defendants Ticketmaster Entertainment, Inc., Ticketmaster Entertainment LLC, and Ticketmaster L.L.C. (collectively "Ticketmaster"), on the other hand, have reached an agreement in principle that resolves all claims asserted between Plaintiff and Ticketmaster in the above-entitled and numbered action.

2. Plaintiff and Ticketmaster will memorialize the terms of their agreement and expect to file a stipulation of dismissal requesting that the Court dismiss with prejudice all claims asserted between Plaintiff and Ticketmaster in the above-entitled and numbered action in the next 30 days.

3. In light of the settlement, Plaintiff respectfully asks the Court to stay all deadlines between Plaintiff and Ticketmaster for 30 days while they finalize their settlement agreement.

4. A proposed order is attached.

| | |
|---|---|
| **Dated:  February 22, 2011.** | Respectfully submitted,<br><br>/s/ Edward R. Nelson, III<br>Brent N. Bumgardner<br>Texas State Bar No. 00795272<br>Attorney-in-Charge<br>Edward R. Nelson, III<br>Texas State Bar No. 00797142<br>Christie B. Lindsey<br>Texas State Bar No. 24041918<br>Ryan P. Griffin<br>Texas State Bar No. 24053687<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>(817) 377-9111<br>Fax (817) 377-3485<br>bbumgardner@nbclaw.net<br>enelson@nbclaw.net<br>clindsey@nbclaw.net<br>rgriffin@nbclaw.net<br><br>Eric M. Albritton<br>Texas State Bar No. 00790215<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, TX  75606<br>(903) 757-8449<br>(903) 758-7397 (fax)<br>ema@emafirm.com<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>111 W. Tyler Street<br>Longview, Texas  75601<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com |

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

S. Brannon Latimer
Texas State Bar No. 24060137
LATIMER INTELLECTUAL PROPERTY, PC
P.O. Box 471430
Fort Worth, TX  76147
(469) 619-7291
(972) 767-3320 (fax)
brannon.latimer@latimeriplaw.com

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III

## CERTIFICATE OF CONFERENCE

I certify that on February 21, 2011, I conferred with counsel for Defendants Ticketmaster Entertainment, Inc., Ticketmaster Entertainment LLC, and Ticketmaster L.L.C. and they are in agreement with this motion.

/s/ Edward R. Nelson, III